[No. 4760–8–II.   Division Two.   July 14, 1982.]

GREGORY GIFFORD, ET AL, *Appellants,* v. STEVENSON
CO–PLY, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Skamania County, No. 6441, Ted Kolbaba, J., entered April 30, 1980. *Reversed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Swanson, J.

[No. 8801–7–I.   Division One.   July 16, 1982.]

ALBERT TETRA, *Plaintiff,* v. GALL LANDAU YOUNG
CONSTRUCTION CO., INC., *Appellant,* MURPHY
MASONRY, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 840327, David W. Soukup, J., entered April 3, 1980. *Reversed* and *remanded* by unpublished opinion per Ringold, J., concurred in by James, J., Williams, J., dissenting.

[No. 10168–4–I.   Division One.   July 16, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. BRIAN
WILLIAM SEEBECK, *Appellant.*

Appeal from a judgment of the Superior Court for Island County, No. 3027, Howard A. Patrick, J., entered April 10, 1981. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Callow and Corbett, JJ.